AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of Illinois<br>219 S. Dearborn St.<br>Chicago IL 60604 | |
|---|---|---|
| DOCKET NO.<br>1:20-cv-06528 | DATE FILED<br>11/3/2020 | |
| PLAINTIFF<br>Strike 3 Holdings, LLC | | DEFENDANT<br>John Doe<br>subscriber assigned IP address 76.249.154.44 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | (See attached) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>E. Caswick | DATE<br>11/4/2020 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A to the Complaint**

**Location:** Chicago, IL  **IP Address:** 76.249.154.44
**Total Works Infringed:** 39  **ISP:**  AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 208BB6D56560EDAF3A5C7848334674A1AD9AA863<br>File Hash: 709F917B6AB0830D516BC53D398199094C91660CA114C938B8D06B6027F7967D | 09/16/2020 04:30:54 | Vixen | 06/12/2020 | 06/25/2020 | PA0002256359 |
| 2 | Info Hash: DDB5B87DD389A7D38E36B58177629B40BE7B74EE<br>File Hash: 7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 09/02/2020 03:16:43 | Blacked | 08/15/2020 | 09/05/2020 | PA0002255476 |
| 3 | Info Hash: 94AEBB55591B13E4DF57924E1A6BEDD3AF8FBC39<br>File Hash: 00D4B0BBD23AE482ADBD7378FCE41F6AD7BEFB9AAB8EC77B8D96282E052878E0 | 07/21/2020 22:31:04 | Blacked Raw | 07/20/2020 | 08/11/2020 | PA0002252263 |
| 4 | Info Hash: 633C61C8C943824C1FF5E8E3107FBA4396A8E399<br>File Hash: 5A31EAC85A367E7A384C7E6E14BE4BD021E487171F4A91616E348962A2353AE1 | 07/16/2020 01:48:45 | Blacked Raw | 07/13/2020 | 07/20/2020 | PA0002248963 |
| 5 | Info Hash: CBBEEA95022D78453E46274D727277CE4C92BF6D<br>File Hash: 3AF79538D4C7B1EACAB372BE5BFC0FD486562BB1331877CC7EE31375811939FD | 07/09/2020 08:06:54 | Blacked Raw | 07/06/2020 | 07/20/2020 | PA0002248962 |
| 6 | Info Hash: 4ED2350365BDA4C8207A8CCEDBC81B0340E58ABC<br>File Hash: 42BFA57239AC6310293F89186960CE0FBAB1526442CDDA853D6141F6A6EFCD68 | 06/29/2020 21:08:54 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 7 | Info Hash: DD701587F84C83A98A63659BA6D5AA6AD091FCEB<br>File Hash: E4211F88F7907D3FAE144FDC186FD5C0159E173F09D8D47C008F22CD1FC36137 | 06/29/2020 05:39:02 | Blacked Raw | 06/22/2020 | 07/16/2020 | PA0002248579 |
| 8 | Info Hash: 557B5DAD5E3CAC1EBF7F510D67437F1D01235D11<br>File Hash: E4A62E1A2CC636C13E980133105006A3E70314128FB9CF66A8367FCD1FB98922 | 06/29/2020 02:53:47 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 6146ACD481B069D33C0497823A8126115A05BACC<br>File Hash: 23D0F7B0CDCCB3F445FFC4ABF6B7C7700163C6DE4634AB7710677E97CD22AE96 | 06/21/2020 05:42:54 | Blacked | 06/20/2020 | 07/17/2020 | PA0002248594 |
| 10 | Info Hash: DE59C5100B1D202279BE00C0B4A7D1F924FF279F<br>File Hash: 36E448F6C97F91973F67AADA03FDA7D48824A4996A7D91BE1C1D8E0684354549 | 06/18/2020 03:18:10 | Blacked Raw | 06/15/2020 | 07/17/2020 | PA0002248596 |
| 11 | Info Hash: 99E5986F17A5689AB16EAECE61F26241754E1E36<br>File Hash: E50AD15BA001E80F6A5F2A343A7BD3BE9019010340A5E8D865AC9AFF8C5020AA | 06/13/2020 04:05:06 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |
| 12 | Info Hash: 80E9CAC1E720AB9582E62C20E8848A8818DDA639<br>File Hash: 22B57247E454AB8E9E32855D24EA11EA890D5C0A7616185A171EDEE44281AAF0 | 05/29/2020 06:31:46 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 13 | Info Hash: A4A8ECB69272EAABF6B5FFE4772BDA1969E8D348<br>File Hash: 2556B7D5CEC4E30191EA92A20BBECC62690509BF652B77B0B3BDA88CB75CC8BA | 05/11/2020 20:31:33 | Blacked Raw | 05/11/2020 | 06/08/2020 | PA0002243646 |
| 14 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 05/11/2020 13:15:53 | Blacked Raw | 01/12/2020 | 02/04/2020 | PA0002225587 |
| 15 | Info Hash: 4147CAAEB117CFEE4B51AAE0B42A7B5A4363DC65<br>File Hash: 068618D06FC1470B35F89953282CC3F974BAA710234A963A7122CA5E5F26E3AE | 05/04/2020 23:58:53 | Blacked | 05/02/2020 | 05/19/2020 | PA0002241471 |
| 16 | Info Hash: 70F3BF93C30E3D32E1EDAA9114389163A125D73A<br>File Hash: 2458FF512E1D830F6C22FB432E82916941CECAFFC86334D4E65AE6C7B8CD4756 | 05/04/2020 23:57:40 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 17 | Info Hash: FB957BE898DADD1186C0FBB70DB37E77ECE5DB1A<br>File Hash: CCAEE38FA77AF2583E0D24BB6FDDE76B89ED6A93A5DE0DA59C65887835A13ED7 | 05/01/2020 09:16:12 | Blacked Raw | 04/27/2020 | 05/19/2020 | PA0002241476 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 1B11B813313C45A144ED431CAB1B416C99DA7D80<br>File Hash: 52425480EE7CFACB984DD2A6864F439AF3EE8458B047B131FFC520FCAA86A6E8 | 04/26/2020 06:41:38 | Blacked | 04/25/2020 | 05/05/2020 | PA0002249013 |
| 19 | Info Hash: 04834BBE521736079F5E89822B5C95434F4C982D<br>File Hash: 28A044A5C6A1964DADE6D7C178D5B98CD74EDC6D90DEF4DB8BE40B475CE02B20 | 04/26/2020 06:34:52 | Blacked Raw | 04/20/2020 | 05/19/2020 | PA0002241477 |
| 20 | Info Hash: 7009AEB1FB8FA0E778B41D49423CDFC80AFDF62D<br>File Hash: F6F25896450D77C9B994C19A02555EEB05D092E47D0C3BF0A30820FBE105B71F | 04/20/2020 02:42:54 | Blacked | 04/18/2020 | 05/19/2020 | PA0002241472 |
| 21 | Info Hash: F9868546BBF9264CB4609B0C107CBE45ACA74091<br>File Hash: 6BF10EE11AF1973ADB109573502645CC2728A0B4627C4B292E438948214CDE5F | 04/14/2020 04:15:30 | Blacked Raw | 04/13/2020 | 04/22/2020 | PA0002237695 |
| 22 | Info Hash: 6ABA9CF9E4EBF6B07494AD041CFADF9F248F2933<br>File Hash: C8C6F22464849C0C0886B6FA6C624CECB7FEC5801EF97EBC00EB918B7D1D2B43 | 04/12/2020 09:57:51 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |
| 23 | Info Hash: 0A9DFA1F5076B83F5C06694C0ED666DD30BEEEBD<br>File Hash: 49E5B30DFFEA928F4729BA74956D210DF504FB3F82A1140B34EE8523262B4E98 | 04/07/2020 19:15:29 | Blacked Raw | 04/06/2020 | 04/17/2020 | PA0002237306 |
| 24 | Info Hash: FB4C20732176FA0C5194BF272983EE8EE1CFDA16<br>File Hash: 68B5CBC7E02BA6735B245E1ED8A412CDE3C393E2D890E2151360A81DC93C2DAB | 04/06/2020 07:09:07 | Blacked Raw | 02/17/2020 | 04/17/2020 | PA0002246110 |
| 25 | Info Hash: 498C38E65A191A26E153A7D80BCFBCA20069BDFD<br>File Hash: 7D77CD89BDDD5175B6C5775155ABE6765DBCC8D9D3D09DB4A285FF43F55D7EB8 | 04/06/2020 07:06:56 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 26 | Info Hash: CBB775C8E18D7CF49C7D4023561FCD3BF791FCC1<br>File Hash: A8EB9CE47F8D943BEC380599C0BDBB56B7BD12D87F5717C45F2A8DAFCA1725A1 | 04/04/2020 22:43:08 | Blacked | 04/04/2020 | 04/17/2020 | PA0002237304 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: FF8BDF1486B5ABB290723E3389EC2D872A93DED2<br>File Hash: A69111A597DB4D86059F4A88B6DA7CC1C050C253EFC22B2074BEDDF6B13F3E43 | 03/24/2020 23:48:37 | Blacked Raw | 03/23/2020 | 04/17/2020 | PA0002246101 |
| 28 | Info Hash: E39547E0E5CD17BF41AD4FD5134CBBAA9EBCDAFF<br>File Hash: C39179CF7BCDC0DE34348557BD438568B7595E3363A8200B4CA22D66151D7633 | 03/23/2020 22:05:28 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |
| 29 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B<br>File Hash: 0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 03/23/2020 22:05:27 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 30 | Info Hash: FB904BA59C376184DC0F96C43175AB741696A8C3<br>File Hash: 50C3A700E2B381929423C73A8847400A0F00925E1F90C143DA536E979BB4BAA1 | 03/23/2020 22:05:26 | Blacked Raw | 02/01/2020 | 03/15/2020 | PA0002240553 |
| 31 | Info Hash: EF2C669D22E2B42C035E6131AB66D13DD0D82952<br>File Hash: 0F5E8CB6904F97C4C3BCA128BC2BAC1C269851A9CB76985D5B2C6E5B4BDDB11B | 03/22/2020 02:13:04 | Blacked | 03/21/2020 | 04/15/2020 | PA0002246170 |
| 32 | Info Hash: F645DA8FBE7E51324E0F7584318A88940DA7FF96<br>File Hash: 678F81DC5888009A36A31D62442978030AB956257F9853504C1E00DD2C9C11FB | 03/18/2020 17:49:58 | Blacked Raw | 03/17/2020 | 04/17/2020 | PA0002246171 |
| 33 | Info Hash: D2551CED979FBE4D8C2A3098FE7D389E9696CBAD<br>File Hash: FEC2E8D593528D2DEF92B720A4E7D678DBD7E74A8201BE18489DCDA667272B23 | 03/17/2020 00:31:44 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 34 | Info Hash: 9D0350FC373B64D6D0AC93B32B0EB27DFDFFF99C<br>File Hash: A961477028365DD569350F553B0D72CEBCE98AA4B1D36B164BD9FA1CC33D9CE5 | 03/17/2020 00:31:38 | Blacked | 03/15/2020 | 04/15/2020 | PA0002246109 |
| 35 | Info Hash: A4BBE3B57AAA6F4CB4A2ED5B496363153AFA6DF4<br>File Hash: C47FDE28401E3454CDED32CADE1EE3AB18694835627C068235512800FCC039CB | 03/17/2020 00:30:59 | Blacked | 03/05/2020 | 04/15/2020 | PA0002246102 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 2A7156AF504EF99E1667C72ADC790D0910A165C2<br>File Hash: AA92384BCF78B40D73ED685E490FA25DB7125598E340325C61189B57D4D51DEB | 02/24/2020 07:13:49 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |
| 37 | Info Hash: 3AF342FFAE34E88BB4EDFE585C8B5917F5C64C5E<br>File Hash: B8FF037D08567BCE9CDCD7F453A121721F9EAE87AD7B0DB0BABC133C84C2F3D7 | 02/24/2020 01:08:31 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 38 | Info Hash: E217D8E96B97F7863A5F750CAEDF77E05072F113<br>File Hash: CCF2D815DECC03976CDDBFD89AE332FEDAE68ED1D12FD42538ABFA68CCC30A36 | 02/16/2020 02:04:46 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 39 | Info Hash: A9B6975FFD953CD484516325A14455E74FFCF0FF<br>File Hash: 24E03B57E8F74A3BA8793FA5B135D44F05DBC2F62F6A3229CCB0AE8F15A3C8A4 | 02/16/2020 01:57:49 | Blacked Raw | 02/13/2020 | 03/18/2020 | PA0002241447 |